IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) No. 1:26-mj-306
JASON A. CHAMPALBERT, ) Court Date: August 10, 2026
)
Defendant. )

CRIMINAL INFORMATION

Count I (Class B Misdemeanor – E2571226)

THE UNITED STATES ATTORNEY'S OFFICE CHARGES THAT:

On or about May 29, 2026, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JASON A. CHAMPALBERT, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

By: _____/s/_____
Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 5, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Edward C. Ramirez
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: edward.ramirez@usdoj.gov